UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

FREDERICK SCOTT SALYER,

    Defendant.
_____/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California limited partnership, et al.,

    Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

    Appellant,

        v.

FRED SALYER IRREVOCABLE TRUST,

    Appellee.
_____/

CIV. NO. S-11-1839 LKK

////

////

////

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,

 6            Appellant,

 7                v.                              CIV. NO. S-11-1840 LKK

 8  SKF AVIATION, LLC, et al.,

 9            Appellees.
    _____/
10
    In re:
11
    SK FOODS, L.P., a California
12  limited partnership, et al.,

13            Debtors.

14  BRADLEY D. SHARP, Chapter 11
    Trustee,
15
              Appellant,
16
                  v.                              CIV. NO. S-11-1841 LKK
17
    SCOTT SALYER, as trustee of
18  the Scott Salyer Revocable
    Trust, et al.,
19
              Appellees.
20  _____/
    In re:
21
    SK FOODS, L.P., a California
22  limited partnership, et al.,

23            Debtors.

24  ////

25  ////

26  ////
```

```
 1  BRADLEY D. SHARP, Chapter 11
    Trustee,
 2
                Appellant,
 3
                    v.                          CIV. NO. S-11-1842 LKK
 4
    SSC FARMS 1, LLC, et al.,
 5
                Appellees.
 6  _____/
    In re:
 7
    SK FOODS, L.P., a California
 8  limited partnership, et al.,

 9              Debtors.

10  BANK OF MONTREAL, as
    Administrative Agent, successor
11  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
12  Specialty Foods, Inc, a
    California corporation, d/b/a
13  Colusa County Canning Co.,

14              Appellant,

15                  v.                          CIV. NO. S-11-1845 LKK

16  SCOTT SALYER, et al.,

17              Appellees.
    _____/
18  In re:

19  SK FOODS, L.P., a California
    limited partnership, et al.,
20
                Debtors.
21
    BANK OF MONTREAL, as
22  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
23  L.P. and RHM Industrial
    Specialty Foods, Inc, a
24  California corporation, d/b/a
    Colusa County Canning Co.,
25
                Appellant,
26
```

3

```
 1                   v.                              CIV. NO. S-11-1846 LKK

 2  INTERNAL REVENUE SERVICE, et al.,

 3           Appellees.
                                          /
 4  In re:

 5  SK FOODS, L.P., a California
    limited partnership, et al.,
 6
             Debtors.
 7
    BANK OF MONTREAL, as
 8  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 9  L.P. and RHM Industrial
    Specialty Foods, Inc, a
10  California corporation, d/b/a
    Colusa County Canning Co.,                       CIV. NO. S-11-1847 LKK
11
             Appellant,
12
                     v.
13
    CSSS, L.P.,
14
             Appellee.
15                                        /
    In re:
16
    SK FOODS, L.P., a California
17  limited partnership, et al.,

18           Debtors.

19  BANK OF MONTREAL, as
    Administrative Agent, successor
20  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
21  Specialty Foods, Inc, a
    California corporation, d/b/a
22  Colusa County Canning Co.,                       CIV. NO. S-11-1849 LKK

23           Appellant,

24                   v.

25  CALIFORNIA FRANCHISE TAX
    BOARD, et al.,
26
```

4

|   |   |   |
|---|---|---|
| 1 |        Appellees. | |

```
 1              Appellees.
                                   /
 2   In re:

 3   SK FOODS, L.P., a California
     limited partnership, et al.,
 4
                Debtors.
 5
     BANK OF MONTREAL, as
 6   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
 7   L.P. and RHM Industrial
     Specialty Foods, Inc, a
 8   California corporation, d/b/a
     Colusa County Canning Co.,                CIV. NO. S-11-1850 LKK
 9
                Appellant,
10
                     v.
11
     CALIFORNIA FRANCHISE TAX
12   BOARD, et al.,

13              Appellees.
                                   /
14   In re:

15   SK FOODS, L.P., a California
     limited partnership, et al.,
16
                Debtors.
17
     BANK OF MONTREAL, as
18   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
19   L.P. and RHM Industrial
     Specialty Foods, Inc, a
20   California corporation, d/b/a
     Colusa County Canning Co.,                CIV. NO. S-11-1853 LKK
21
                Appellant,
22
                     v.
23
     CARY SCOTT COLLINS, et al.,
24
                Appellees.
25                                 /

26   ////
```

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK
 8
              Appellant,
 9
                   v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/
    In re:
13
    SK FOODS, LP, a California
14  limited partnership, et al.,

15            Debtors.

16  BRADLEY D. SHARP, Chapter 11
    Trustee,
17
              Plaintiff,                      CIV. NO. S-11-2369 JAM
18
                   v.
19
    SKPM CORP., et al.,                       RELATED CASE ORDER
20
              Defendants.
21  _____/
```

22   Defendants in the above-captioned bankruptcy matter have filed
23 a Notice of Related Cases. On April 14, 2011, in light of the
24 above-captioned criminal case, this court remanded several
25 bankruptcy appeals with the instruction to issue a stay if
26 "discovery from or testimony of Salyer or his criminal counsel is

6

reasonably necessary to dispose of a particular matter before the Bankruptcy Court in the adversary proceedings." <u>Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.)</u>, 10 Civ. 1492 LKK, Dkt. No. 74 at p.5 (E.D. Cal. April 14, 2011).

The above-captioned bankruptcy matter appears to be related to the above-captioned criminal case, as well as to the previously related cases 2:10-CV-810, 2:10-CV-811, 2:10-CV-812, 2:10-CV-1492, 2:10-CV-1493, 2:10-CV-1496, 2:10-CV-1497, 2:10-CV-1498, 2:10-CV-1499, 2:10-CV-1500, 2:11-CV-1839, 2:11-CV-01840, 2:11-CV-1841, 2:11-CV-1842, 2:11-CV-1845, 2:11-CV-1846, 2:11-CV-1847, 2:11-CV-1849, 2:11-CV-1850, 2:11-CV-1853, and 2:11-CV-1855.

Related cases are generally assigned to the judge presiding over the case with the lowest number. <u>See</u> E.D. Cal. R. 123(c). Accordingly the court ORDERS as follows:

1. The action denominated 11-CV-2369 JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.

2. Henceforth, the caption on documents filed in the reassigned case shall be shown as 11-CV-2369 LKK.

3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 13, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT