1  DEAN M. GLOSTER, State Bar No. 109313
   MARK D. PETERSEN, State Bar No. 111956
2  KELLY A. WOODRUFF, State Bar No. 160235
   FARELLA BRAUN + MARTEL, LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94014
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dgloster@fbm.com
   mpetersen@fbm.com
6  kwoodruff@fbm.com

7  Counsel for Defendants Scott Salyer, individually and as
   Trustee of the Scott Salyer Revocable Trust, SKPM
8  Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
   Ranch Corporation, Monterey Peninsula Farms, CSSS,
9  LP, SKF Aviation, LLC, Salyer Management Company,
   LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
10 SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
   SSC Farms II, LLC and SSC Farms III, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRED SAYLER IRREVOCABLE TRUST, *et al.*,<br><br>　　　　　Defendants.<br><br>　　*[Caption continued on next pages]* | Civ. No. S-11-1839 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02017 |

-1-

Substitution of Counsel and Order Thereon
27019\2757743.1

| | |
|---|---|
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1840 LKK |
| BRADLEY SHARP, Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | Bankruptcy Adv. Proc. No. 10-02016 |
| SKF AVIATION, LLC, *et al.*, | |
| Defendants. | |
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1841 LKK |
| BRADLEY SHARP, Chapter 11 Trustee, | |
| Plaintiff, | Bankruptcy Adv. Proc. No. 10-02014 |
| v. | |
| SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al.*, | |
| Defendants. | |
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1842 LKK |
| BRADLEY SHARP, Chapter 11 Trustee, | |
| Plaintiff, | Bankruptcy Adv. Proc. No. 09-02692 |
| v. | |
| SSC FARMS 1, LLC, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>    Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>    Appellant,<br><br>v.<br><br>SCOTT SALYER, *et al.*,<br><br>    Appellees. | Civ. No. S-11-1845 LKK<br><br><br>Bankruptcy Adv. Proc. No. 10-02015 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>    Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>    Appellant,<br><br>v.<br><br>CSSS, L.P.,<br><br>    Appellee. | Civ. No. S-11-1847 LKK<br><br><br>Bankruptcy Adv. Proc. No. 09-02543 |

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>            Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1849 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02339 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>             Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1850 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02339 |

| | |
|---|---|
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1853 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No. 11-02340 |
| Appellant, | |
| v. | |
| CARY SCOTT COLLINS, *et al.*, | |
| Appellees. | |
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1855 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No. 11-02340 |
| Appellant, | |
| v. | |
| CARY SCOTT COLLINS, *et al.*, | |
| Appellees. | |

**SUBSTITUTION OF COUNSEL AND ORDER THEREON**

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

1 | Kirby in the above-captioned matter.

2 | Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place of Nageley Meredith & Miller, Inc. in the above-captioned matter.

Dated:  September 9, 2011

     _/s/ Scott Salyer_____
     SCOTT SALYER

Dated:  September 9, 2011     SCOTT SALYER REVOCABLE TRUST


By:_/s/ Scott Salyer_____
    SCOTT SALYER, TRUSTEE

Dated:  September 9, 2011     SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC, SKF AVIATION, LLC and BLACKSTONE RANCH CORPORATION


By:_/s/ Scott Salyer_____
    SCOTT SALYER

Dated:  September 9, 2011     MONTEREY PENINSULA FARMS, SK FROZEN FOODS, LLC, CSSS, LP, SALYER MANAGEMENT COMPANY, LLC, SK FARMS SERVICES, LLC, SS FARMS, LLC, SSC FARMING, LLC, SSC FARMS I, LLC, SSC FARMS II, LLC and SSC FARMS III, LLC


By:_/s/ Robert Pruett_____
    ROBERT PRUETT, MANAGER

The above substitution is hereby accepted.

Dated:  September 9, 2011    FELDERSTEIN FITZGERALD
                             WILLOUGHBY & PASCUZZI LLP


                             By: /s/ Paul J. Pascuzzi
                                 PAUL J. PASCUZZI


Dated:  September 9, 2011    SEGAL & KIRBY


                             By: /s/ Malcom S. Segal
                                 MALCOM S. SEGAL


Dated:  September 9, 2011    NAGELEY MEREDITH & MILLER, INC.


                             By: /s/ Andrea M. Miller
                                 ANDREA M. MILLER



Farella Braun + Martel LLP hereby consents to the above substitution.

Dated:  September 9, 2011    FARELLA BRAUN & MARTEL LLP


                             By: /s/ Kelly A. Woodruff
                                 KELLY A. WOODRUFF

IT IS SO ORDERED.

Dated:  September 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT