UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California limited partnership,

Debtors.
_______________________________/

BRADLEY D. SHARP, et al.,

Plaintiffs,

v. CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE TRUST, et al.,

Defendants.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership,

Debtors.
_______________________________/

BRADLEY D. SHARP, et al.,

Plaintiffs,

v. CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

Defendants.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership,

Debtors.
______________________________/

BRADLEY D. SHARP, et al.,

Plaintiffs,

v. CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, et al.,

Defendants.
________________________________/

In re:

SK FOODS, L.P., a California limited partnership,

Debtors.
______________________________/

BRADLEY D. SHARP, et al.,

Plaintiffs,

v. CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

Defendants.
________________________________/

In re:

SK FOODS, L.P., a California limited partnership,

Debtors.
______________________________/

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1845 LKK

SCOTT SALYER, et al.,

Appellees.
_________________________________/

In re:

SK FOODS, L.P., a California limited partnership,

Debtors.
_________________________________/

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1846 LKK

INTERNAL REVENUE SERVICE, et al.,

Appellees.
_________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1847 LKK

Appellant,

v.

CSSS, L.P.,

Appellee.
___________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1849 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1850 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., — CIV. NO. S-11-1853 LKK

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.
________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., — CIV. NO. S-11-1855 LKK

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.
________________________________/

////

////

IN RE:

SK FOOD, L.P.,

Debtor.

BRADLEY D. SHARP, Chapter 11 Trustee,

Plaintiff, CIV NO. S-12-775 LKK

v.

SSC FARMS 1, LLC, et al.,

Defendants.
_______________________________/

IN RE:

SK FOODS, L.P.,

Debtor.

SCOTT SALYER, et al., CIV. NO. S-11-2987 LKK

Appellants,

v.

SK FOODS, L.P., et al.,

Appellees.
_______________________________/

IN RE:

SK FOODS, L.P., a California limited partnership,

Debtor.

CARY COLLINS and COLLINS & ASSOCIATES,

Appellants, CIV. NO. S-12-0655 LKK

v.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellee.
_______________________________/

IN RE:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

SSC FARMS 1, LLC, et al.,

Appellants, CIV. NO. S-12-0894 LKK

v.

BRADLEY SHARP, et al., O R D E R

Appellees.
_____________________________________/

The court hereby orders as follows:

1. The following motions, currently scheduled for May 21, 2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in Courtroom 4:

Civ. No. 2:12-894[1]
Civ. No. 2:11-2987[2]

The May 21, 2012 hearing date is hereby **VACATED**.

2. The following matters will also be heard on June 4, 2012 (as currently scheduled):[3]

Civ. No. 2:11-1839
Civ. No. 2:11-1840
Civ. No. 2:11-1841
Civ. No. 2:11-1842
Civ. No. 2:11-1845

[1] Motions by SSC Farming relating to Order Compelling Production from Collins and Collins & Associates; Farella Braun + Martel LLP's motion to withdraw as counsel.

[2] Trustee's appeal of order approving compromise; Farella Braun + Martel LLP's motion to withdraw as counsel.

[3] Trustee's appeals of orders staying proceedings, and motions to strike.

Civ. No. 2:11-1846
Civ. No. 2:11-1847
Civ. No. 2:11-1849
Civ. No. 2:11-1850
Civ. No. 2:11-1853
Civ. No. 2:11-1855

3. The following motion will also be heard on June 4, 2012 (as currently scheduled):

Civ. No. 2:12-775[4]

IT IS SO ORDERED.

DATED: May 15, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[4] Motions by Collins and Collins and Associates, relating to Order Compelling Production from Collins and Collins & Associates.